AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY 12 2025 9:25 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

United States of America
v.

Ronald E. Lidderdale

Case No. 2:25-mj-270

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ronald E. Lidderdale,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c), interstate communications with a threat to kidnap or injure
18 U.S.C. § 876, mailing threatening communications
18 U.S.C. § 1038(a)(1), false information and hoaxes
18 U.S.C. § 2261A(2), cyberstalking

Date: May 8, 2025

Kimberly A. Jolson
United States Magistrate Judge

City and state:   Columbus, Ohio

### Return

This warrant was received on *(date)* 5/8/25, and the person was arrested on *(date)* 5/8/25
at *(city and state)* Columbus, Ohio.

Date: 5/8/25

Arresting officer's signature

SA Ryan Brewsher
Printed name and title