**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,     :
         Plaintiff,

    vs.                  :     Case No. 2:25-mj-270

                          :

RONALD E. LIDDERDALE,        MAGISTRATE JUDGE JOLSON
         Defendant.     :

### <u>MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED</u>

Now comes the defendant, Ronald E. Lidderdale, by and through undersigned counsel, and moves this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from September 8, 2025, to **December 11, 2025**. The defendant, Ronald E. Lidderdale is aware of his right to a timely filing of an Indictment or Information, afforded under 18 U.S.C. § 3161(b), and hereby waives those rights for the purposes of this motion. Defense believes that a continuance of the indictment deadline would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government does not oppose the motion. Mr. Lidderdale is in agreement with the continuance and waiving his right to a speedy indictment.

Mr. Lidderdale has been charged by criminal complaint with Interstate Communications with a Threat to Kidnap or Injure, Mailing Threatening Communications, False Information and Hoaxes and Cyberstalking. The United States has turned over two rounds of discovery to defense pursuant to a protective order. This discovery is being provided in advance of an indictment so

that parties can determine if a pre-indictment resolution can be reached in this matter. This discovery is voluminous.

Defense counsel is currently undergoing a review of this discovery with Mr. Lidderdale and needs additional time to complete this before negotiations with the Government commence. Mr. Lidderdale is incarcerated at Butler County Jail in Hamilton County. Given his location and the protective order, a review of the case with Mr. Lidderdale will take longer.

Additionally, Defense counsel is simultaneously working on a mitigation investigation including the completion of a full forensic evaluation as part of an effort to resolve with a pre-indictment resolution. This process requires gathering of records, collateral interviews, retaining of an expert and then time for them to do their review and testing. Defense has been working diligently on this but needs additional time to complete this process.

This continuance of the time for the filing of an Indictment or Information would best serve the interest of justice and would not impinge on the interest of the public in a speedy trial, as pre-trial resolution will conserve significant resources by eliminating the need to expend grand jury and potentially trial jury time. This date proposed takes into account the anticipated completion date of the forensic evaluation and time for the parties to review, complete negotiations and associated paperwork if a resolution is reached. Thus, this time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

For these reasons, Defense requests an extension of the time until December 11, 2028, within which an Indictment or Information may be filed in this case.

Respectfully submitted,

JOSEPH MEDICI
FEDERAL PUBLIC DEFENDER

 /s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio 43215-3469
Telephone: (614) 469-2999
Facsimile: (614) 469-5999
Stacey_MacDonald@fd.org

Attorney for Defendant
Ronald E. Lidderdale

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by

using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users,

and that service will be accomplished by the CM/ECF system.

/s/ Stacey MacDonald
Stacey MacDonald (WA 35394)
Assistant Federal Public Defender